UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Krypt, Inc., <br><br> Plaintiff(s) <br><br> v. <br><br> RoPaar LLC, et al. <br><br> Defendant(s) | CASE No C 5:19-cv-03226 BLF <br><br> STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☒ **Private ADR** (*specify process and provider*)
    Private mediation; JAMS

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☒ other requested deadline: The parties will complete a private mediation within 120 days from the filing of an Answer by the Defendant(s).

Date: 2/7/2020    /s/ Krista L. Baughman
    Attorney for Plaintiff

Date: 2/7/2020    /s/ Jeffrey M. Rosenfeld
    Attorney for Defendant (s) Ropaar LLC and Clay Robinson

Date: 2/7/2020    /s/ Brian Casper - Attorney for Defendant Ropaar LLC

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: February 11, 2020    *[signature]*
    U.S. DISTRICT/MAGISTRATE JUDGE

---

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-15-2019*

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Local Rule 5-1(i)(3), the filer hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on this document.

                                            /s/ Krista L. Baughman
                                               Krista L. Baughman