HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
KRISTA L. BAUGHMAN (SBN: 264600)
kbaughman@dhillonlaw.com
MICHAEL R. FLEMING (SBN: 322356)
mfleming@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Plaintiff Krypt Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **KRYPT, INC.,** a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**ROPAAR LLC,** a Texas limited liability corporation, **CLAY ROBINSON,** an individual,<br><br>Defendants. | Case Number: 5:19-cv-03226-BLF<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER SETTING ALL REMAINING PRE-TRIAL DEADLINES** |



Pursuant to the Court's Case Management Order (Dkt. No. 46), Plaintiff Krypt, Inc. and Defendants Ropaar LLC ("Ropaar") and Clay Robinson, through their counsel, hereby stipulate to the pretrial deadlines set forth below:

| *Event* | *Date* |
|---|---|
| Last day to Amend Pleadings or Add Parties | 3/24/2020* |
| Close of Fact Discovery | 2/4/2021 |
| Disclosure of Experts under Rule 26(a)(2) | 2/18/2021 |
| Disclosure of Rebuttal Experts | 3/11/2021 |
| Close of Expert Discovery | 4/8/2021 |
| Deadline to File Dispositive Motions | 4/29/2021 |
| Deadline to file Opposition to Dispositive Motions | 5/20/2021 |
| Deadline to file Reply re: Dispositive Motions | 6/10/2021 |
| Last Day to Hear Dispositive Motions | 6/24/2021 at 9:00 AM* |
| Final Pretrial Conference | ~~10/21/2021 at 1:20 PM*~~ October 7, 2021 at 1:30 PM |
| Trial | 11/01/2021 at 9:00 AM* |

* *Refers to a deadline previously set by Case Management Order (Dkt. No. 46).*

Respectfully submitted,

Date: February 19, 2020

DHILLON LAW GROUP INC.

By: /s/ Krista L. Baughman

Harmeet K. Dhillon
Krista L. Baughman
Michael R. Fleming
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
harmeet@dhillonlaw.com
kbaughman@dhillonlaw.com

mfleming@dhillonlaw.com
Tel.: (415) 433-1700

*Counsel for Plaintiff Krypt, Inc.*

By: /s/ Jeffrey M. Rosenfeld
Karl S. Kronenberger
Jeffrey M. Rosenfeld
KRONENBERGER ROSENFELD, LLP
150 Post St., Suite 520
San Francisco, CA 94108
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
Tel.: (415) 955-1155

*Counsel for Defendants Ropaar LLC and Clay Robinson*

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Local Rule 5-1(i)(3), the filer hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on this document.

/s/ Krista L. Baughman
Krista L. Baughman





## ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: February 20, 2020

HON. BETH LABSON FREEMAN
United States District Judge



